IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:11-cr-00098 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| COREY LAMONT LANIER | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## O R D E R

In accordance with the Memorandum filed herewith, the Defendant Corey Lamont Lanier's motion to dismiss or motion for bill of particulars (Docket Entry No. 106) is **DENIED**.

It is so **ORDERED**.

**ENTERED** this ___ day of November, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court