IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| UNITED STATES OF AMERICA | ) | NO. 3:11-CR-098 |
| --- | --- | --- |
| Plaintiff | ) | Chief Judge Haynes |
| vs. | ) | |
| COREY LANIER | ) | |
| Defendant | ) | |

*[Handwritten annotation: Based upon the statements of counsel for the parties, this motion is DENIED as moot. /s/ WJH 12-12-12]*

### MOTION IN LIMINE

Comes the Attorney for the Defendant, Corey Lanier, and would move the Court as follows:

That the Government be prohibited from introducing evidence of the Defendant's past crimes, unless the Defendant introduces said testimony or opens the door to have such testimony come into evidence. Defendant would aver to the Court that under the Federal Rules of Evidence 404, any such evidence would be more prejudicial than probative and therefore should be excluded.

Respectfully Submitted,

McDOUGAL LAW OFFICES

s/ John G. McDougal
John G. McDougal Bar # 16488
Attorney at Law
Suite 306, Park Plaza Building
1010 Market Street
Chattanooga, TN 37402
(423) 756-0536