UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:11-cr-00098 |
| v. | ) | |
| | ) | JUDGE HAYNES |
| COREY LANIER | ) | |

## MOTION TO SET STATUS CONFERENCE

Comes now the United States and requests the Court set a status hearing regarding the defendant's filing *pro se* filing of Affidavit of Truth Grievance Petition "Notice" on February 20, 2013. (R. 165).

The United States requests that the status conference be scheduled on a Friday, as the undersigned is in an ongoing trial of *United States v. Omega Harris and Leonard Baugh*, Case No. 3:09-00240, in Judge Nixon's courtroom Monday through Thursdays.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

s/ *Sunny A.M. Koshy*
SUNNY A.M. KOSHY
Assistant U.S. Attorney
110th Avenue South, A961
Nashville, Tennessee 37203
Phone: 615-736-5151