IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

|                          |   |                    |
|--------------------------|---|--------------------|
| UNITED STATES OF AMERICA | ) | No. 3:11-cr-098    |
| Petitioner               | ) |                    |
|                          | ) |                    |
| v.                       | ) | Chief Judge Haynes |
|                          | ) |                    |
| COREY LAMONT LANIER      | ) |                    |
| Defendant                | ) |                    |
|                          | ) |                    |

## MOTION AND MEMORANDUM IN SUPPORT OF A SENTENCE VARIANCE BELOW THE SENTENCING GUIDELINE RANGE

Comes now the Defendant, Corey Lamont Lanier, by and through appointed counsel and would move the Court as follows:

1. That the Court sentence the Defendant below the recommended sentencing guidelines as per 18 U.S.C. § 3553, *U.S. v. Booker* 125 S.Ct. 738 (2005) and *Gall v. U.S.* 128 S. Ct. 738 (2007) for proportionality and for justice.

## MEMORANDUM

The grounds for said motion are as follows:

### BACKGROUND

On December 18, 2012, the Defendant was convicted of three counts of Hobbs Act Robbery and three counts of Possession or Brandishing a Firearm in furtherance of a Crime of Violence.