UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

COREY LAMONT LANIER,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

Case Number 16-01526
Criminal Case Number 11-00098
Honorable David M. Lawson

## JUDGMENT

In accordance with the order entered on this date, it is **ORDERED AND ADJUDGED** that the petitioner's motion for relief from judgment is **DENIED**.

    s/David M. Lawson
    DAVID M. LAWSON
    United States District Judge
    Sitting by special designation

Date: July 17, 2020